IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stallworth, Erma J | Case Number: 06 B 14317 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/7/08 | Filed: 11/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  October 1, 2008
Confirmed:   December 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,350.00 | |
| Secured: | | 8,840.98 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 938.61 |
| Trustee Fee: | | 570.41 |
| Other Funds: | | 0.00 |
| Totals: | 10,350.00 | 10,350.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,200.00 | 938.61 |
| 2. | Capital One Auto Finance | Secured | 16,663.87 | 8,840.98 |
| 3. | ECast Settlement Corp | Unsecured | 35.57 | 0.00 |
| 4. | Capital One Auto Finance | Unsecured | 41.07 | 0.00 |
| 5. | Midnight Velvet | Unsecured | 23.21 | 0.00 |
| 6. | Nuvell Financial Services | Unsecured | 1,455.53 | 0.00 |
| 7. | Freedom Card | Unsecured | 29.90 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 71.00 | 0.00 |
| 9. | Seventh Avenue | Unsecured | 55.64 | 0.00 |
| 10. | Blatt Hasenmiller & Komar | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 13. | FCNB Preferred Charge | Unsecured | | No Claim Filed |
| 14. | First Premier | Unsecured | | No Claim Filed |
| 15. | HSBC | Unsecured | | No Claim Filed |
| 16. | HSBC | Unsecured | | No Claim Filed |
| 17. | HSBC | Unsecured | | No Claim Filed |
| 18. | Medical Collections | Unsecured | | No Claim Filed |
| 19. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 20. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 21. | AT&T | Unsecured | | No Claim Filed |
| 22. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 23. | Provident Hospital | Unsecured | | No Claim Filed |
| 24. | Providian | Unsecured | | No Claim Filed |
| 25. | Spiegel | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Stallworth, Erma J | Case Number: 06 B 14317 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 10/7/08 | Filed: 11/3/06 |

| | | | | |
|---|---|---|---|---|
| 26. Peoples Energy Corp | | Unsecured | | No Claim Filed |
| 27. Stroger Hospital | | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,575.79 | $ 9,779.59 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 110.40 |
| 5.4% | 310.50 |
| 6.5% | 149.51 |
| | _____ |
| | $ 570.41 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

